**Samuel C. DAVIS, Plaintiff—Appellant,**

v.

**Leon C. BANKS, Attorney,
Defendant—Appellee.**

No. 04–6136.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2004.

Decided: June 30, 2004.

Samuel C. Davis, Appellant pro se.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Samuel C. Davis appeals the district
court's order dismissing without prejudice
his 42 U.S.C. § 1983 (2000) complaint.
The district court referred this case to a
magistrate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised Davis that failure to file timely
objections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.
Despite this warning, Davis failed to object
to the magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned that
failure to object will waive appellate re-
view. *See Wright v. Collins*, 766 F.2d 841,
845–46 (4th Cir.1985); *see also Thomas v.
Arn*, 474 U.S. 140, 106 S.Ct. 466, 88
L.Ed.2d 435 (1985). Davis has waived ap-
pellate review by failing to file objections
after receiving proper notice. According-
ly, we affirm the judgment of the district
court.

Davis' motion for appointment of counsel
is denied. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED*